IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL THOMAS,** | CIV S-08-0095 FCD GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES A. YATES, et al.,** | |
| Respondents. | |

Respondents have requested a thirty (30) day extension of time in which to file Respondents' reply to Petitioner's opposition to motion to dismiss. GOOD CAUSE APPEARING, Respondents are granted an extension of time to and including May 3, 2008, in which to file a response to Petitioner's opposition to motion to dismiss.

Dated: 04/10/08                               /s/ Gregory G. Hollows
                                                      The Honorable Gregory G. Hollows

thom95.eot